MORGAN and others *against* THE FARMERS' BANK OF
READING.

IN ERROR.

What is a good statement under the act of Assembly against the drawer and endorsers of a note.

ERROR to the Common Pleas of *Berks* county.　It was an action of debt, by the defendant in error, the *Farmers' Bank of Reading*, against *James Morgan, David Morgan* and *Jacob R. Bright*, the plaintiffs in error, in which the plaintiff filed the following statement, upon the sufficiency of which the question was made here after judgment for the plaintiff below.

"The above stated action is founded on a promissory note, dated the 7th of September, 1829, drawn by the aforesaid *James Morgan*, for the sum of one thousand dollars, and made payable to the said *David* and *Jacob Bright* or order, at the *Farmers' Bank of Reading*, without defalcation, sixty days after the date aforesaid, which said *David Morgan* and *Jacob R. Bright*, by their endorsement on the said note, transferred the same to the plaintiff, and the plaintiff avers that the whole amount of the said note together with the interest thereon is due the plaintiff."

　　　　　　　　　　　　　　　JNO. SPAYD, P. Q.

*Hopkins* for the plaintiff in error.

*Heister* and *Baird* for the defendant in error.

PER CURIAM.—It would not be easy to devise a more neat, perspicuous and complete form of statement, than the one which is the subject of this writ of error; and it is not a little strange that exceptions of this stamp, should be repeated after the decision in *Boyd* v. *Gordon*, 6 *Serg. & Rawle*, 53.　*Reed* v. *Pedan*, 8 *Serg. & Rawle*, 265.　*Buck* v. *Nicholas*, *id.* 316.　*Cook* v. *Gilbert*, *id.* 567, and *Bailey* v. *Bailey*, 14 *Serg. & Rawle*, 195.　We are not aware that any thing in the assignment of error calls for further remark.

　　　　　　　　　　　　　　Judgment affirmed.